UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RUBEN H. ALBERTO, | : | |
| Petitioner, | : | Civ. No. 13-0970 (RBK) |
| v. | : | **ORDER** |
| C. RAY HUGHES, | : | |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  6th  day of  March , 2014,

ORDERED that the petition for writ of habeas corpus is dismissed without prejudice as it is improperly raised as a § 2241 petition as opposed to a § 2254 petition; and it is further

ORDERED that the Clerk shall serve the Opinion and Order on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk mark this case as closed.

                                                       s/Robert B. Kugler
                                                       ROBERT B. KUGLER
                                                       United States District Judge